| Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rod Danielson<br>Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501<br>Tel. (951) 826-8000<br>Fax (951) 826-8090<br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>OCT 15 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jeanmari DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>    VINCENT FUGELSANG<br><br>    JUDY MAE FUGELSANG<br><br><br><br>                                Debtor(s). | CASE NO.: **6:10-bk-37640-DS**<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING**<br>**CHAPTER 13 PLAN**<br><br>DATE:          October 05, 2010<br>TIME:           1:30 pm<br>COURTROOM:  304<br>PLACE:         3420 Twelfth St.<br>                    Riverside, CA 92501 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>August 27, 2010</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan Payments:

    a. **[X]**  The amount of each monthly plan payment is <u>$114.00</u>. The due date is the <u>27th</u> day of each month for <u>36</u> months. The Plan provides for the payment of <u>1.00</u>% of allowed claims for general unsecured creditors.

    b. **[ ]**  The amount of each monthly plan payment is $_____ for months _____. For months _____, the monthly plan payment is $_____. The due date is ____ day of each month. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to the post-petition defaults by the debtor(s).

3. Other provisions:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

a. [X]   This is a base plan with the debtor(s) paying at least $4,104.00 of disposable income into the Plan.  The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%.  The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

b. [X]   The Trustee is authorized to make payment to holders of secured claims based on the plan.  However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. [X]   Counsel for debtor(s) is awarded fees of $4,500.00; having previously received $3,016.00 , counsel is entitled to $1,484.00 payment of from the estate.

d. [X]   Additional provisions incorporated in this Order:
   1. Debtor(s) must pay the base plan amount or the percentage to unsecured creditors, whichever is greater.
   2. In addition to the monthly plan payments, tax refunds received during the term of the plan are pledged to the plan.
   3. The plan is modified to comply with the requirements of the court's approved plan form.
   4. Debtor(s) reserve the right to object to any claim notwithstanding any plan interlineations.

e. [X]   Interlineations:

**MAZDA AMER CREDIT SHALL BE PAID $15.12 PER MONTH FOR 27 MONTHS ON ITS SECURED CLAIM ARREARS OF $408.37. EXEMPTION FOR AUTOMOBILES ON SCHEDULE C IS STRICKEN.**

DATED: October 15, 2010

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                              Page 2                                                **F 3015-1.21.ORDER**

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: admin                Page 1 of 1          Date Rcvd: Oct 15, 2010
Case: 10-37640                Form ID: pdf031            Total Noticed: 2

The following entities were noticed by first class mail on Oct 17, 2010.
db/jdb       +Vincent Fugelsang,   Judy Mae Fugelsang,   29421 Mariners Way,   Lake Elsinore, CA 92530-7320
cr           +JP Morgan Chase Bank, N.A.,   Solomon, Grindle, Silverman & Wintringer,
               c/o Timothy J. Silverman,   12651 High Bluff Drive, Suite 300,   San Diego, CA 92130-2023

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2010**                                 **Signature:**  *Joseph Speetjens*